UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
QUINTISHA LUCAS, et al.,

                Plaintiffs,

-against-                                    12 Civ. 8571 (LAK)

THE CITY OF NEW YORK, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Plaintiffs bring this action against two state officers as well as the City of New York, the New York City Police Department ("NYPD"), and two John Doe police officers (the latter four defendants hereafter referred to as the "City Defendants"). The City Defendants move for judgment on the pleadings dismissing the complaint as to them. The motion [DI 19] is granted in all respects, substantially for the reasons stated in the Report and Recommendation of Magistrate Judge Sarah Netburn to which no objections have been filed. Leave to amend is denied, provided, however, that plaintiffs may amend the complaint no later than April 14, 2014, solely as to the City of New York and, in that regard, solely to allege any specific conduct by a municipal actor that allegedly caused plaintiffs' alleged constitutional violations.

        SO ORDERED.

Dated:     March 31, 2014

                                                      Lewis A. Kaplan
                                           United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/14